Order Form (01/2005)

Case: 1:12-cr-00367 Document #: 3 Filed: 05/16/12 Page 1 of 1 PageID #:7

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 367 - 1 | **DATE** | 5/16/2012 |
| **CASE TITLE** | United States of America vs. Edward D. Boatman | | |

**DOCKET ENTRY TEXT**

The Government's motion to seal complaint, affidavit, and arrest warrant until the time of defendant's arrest or further order of the Court, is granted. Enter Order.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|



12CR367 - 1 United States of America vs. Edward D. Boatman   Page 1 of 1