# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 367 - 1 | **DATE** | 5/16/2012 |
| **CASE TITLE** | United States of America vs. Edward D. Boatman | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued to Federal Bureau of Investigation agent as to defendant Edward D. Boatman.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|

12CR367 - 1 United States of America vs. edward D. Boatman                                                                 Page 1 of 1