# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | Young B. Kim |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 367 | **DATE** | July 5, 2012 |
| **CASE TITLE** | USA vs. Edward D. Boatman | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Edward D. Boatman appeared in response to his arrest on July 3, 2012. The government's oral motion for pretrial detention is entered and continued. A detention hearing and a status hearing on preliminary examination hearing are scheduled for July 6, 2012, at 10:00 a.m. The court advised Defendant of his rights. The court finds that Defendant is unable to afford counsel. Enter order appointing Piyush Chandra of the Federal Defender Program as attorney for Defendant. Defendant shall remain in custody pending further order of the court. Case ordered unsealed.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | ma |
|---|---|---|