

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | Young B. Kim |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 367 | **DATE** | July 6, 2012 |
| **CASE TITLE** | USA vs. Edward D. Boatman | | |

**DOCKET ENTRY TEXT**

Detention and status hearing held. The government's oral motion for pretrial detention, made on July 5, 2012, is denied for the reasons stated in open court. Enter Order Setting Conditions of Release. Defendant shall be released after processing. A preliminary examination hearing is scheduled for July 12, 2012, at 12:00 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:30 detention
00:30 status



| | Courtroom Deputy Initials: | ma |
|---|---|---|