

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | Young B. Kim |
|---|---|---|---|
| CASE NUMBER | 12 CR 367 | DATE | July 16, 2012 |
| CASE TITLE | USA vs. Edward D. Boatman | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant appeared in response to Pretrial Services' violation report dated July 12, 2012. For the reasons stated in open court, the government's motion to revoke pretrial release order [18] is granted. Defendant shall remain in custody pending further order of the court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | ma |
|---|---|---|