

**FELONY**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**JUDGE ZAGEL**

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **YES**
   U.S. v. Edward D. Boatman; 12 CR 367 (Magistrate Judge Cox) **MAGISTRATE JUDGE COX**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**

3) Is this a re-filing of a previously dismissed indictment or information? **NO**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **FELONY**

7) Does this indictment or information involve eight or more defendants? **NO**

8) Does this indictment or information include a conspiracy count? **NO**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
   **BANK ROBBERY (II)**

10) List the statute of each of the offenses charged in the indictment or information.
    **18 USC 2113(a)**

_/s/ Michelle Petersen_
Michelle Petersen
Special Assistant United States Attorney

**FILED** N.F.

AUG 01 2012

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**