# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE ZAGEL | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE COX |
|---|---|---|---|
| CASE NUMBER | 12-CR-00367 | DATE | 01 AUGUST 2012 |
| CASE TITLE | U.S. v. EDWARD D. BOATMAN | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for SPECIAL SEPTEMBER 2011 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _Morton Denlow_

NO BOND SET. DETAINED BY MAGISTRATE JUDGE.

FILED
AUG 01 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                  UNDER SEAL)

Courtroom Deputy Initials: LH